UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Cornelius Benner,

Plaintiff,

v.

The Mall of America, the City of Bloomington, Bloomington Police officers Officer Giles, Sergeant Gauff, John Doe, John Roe and John Coe, individually,

Defendants.

Court File No. 00-CV-02787 (MJD/JGL)

**[PROPOSED]**
**ORDER OF DISMISSAL**

Charles Sims,

Plaintiff,

v.

The Mall of America, the City of Bloomington, Bloomington Police officers Officer Giles, Sergeant Gauff, John Doe, John Roe and John Coe, individually,

Defendants.

Court File No.: 01-513 (MJD/JDL)

It has been stipulated between plaintiff Cornelius Benner and defendants City of Bloomington and its named and unnamed police officers—Officer Giles, Sergeant Gauff, and others by pseudonym, through their respective counsel, and also stipulated by the Defendant Mall of America through its counsel, that all claims raised by plaintiff Cornelius Benner against the City of Bloomington and its officers may be dismissed by the Court on the merits and with prejudice, without costs or disbursements to any of the parties.

FILED 3-4-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

It was further stipulated that, without further notice, the Court may enter a Judgment of Dismissal with Prejudice and upon the merits of all claims raised by plaintiff Cornelius Benner against the defendants City of Bloomington and their named and unnamed police officers—Officer Giles, Sergeant Gauff, and others by pseudonym.

THEREFORE, IT IS HEREBY ORDERED:

All claims raised by plaintiff Cornelius Benner against the City of Bloomington and its named and unnamed police officers—including but not limited to Officer Giles, Sergeant Gauff, and others by pseudonym in the Complaint, are dismissed on the merits and with prejudice, without costs or disbursements to any of the parties.

Dated: 3 - 3, 2003

**BY THE COURT:**

[signature]
The Honorable Michael J. Davis
United States District Court Judge